IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL SAINTIL | : | CIVIL ACTION |
| v. | : | |
| GERMAINE WALKER, *et al.* | : | NO. 15-6002 |

## **JUDGMENT**

**AND NOW,** this 16th day of October, 2017, it is hereby **ORDERED** that Judgment in the amount of $50,000.00 is entered in favor of Daniel Saintil and against Germaine Walker.

It is so **ORDERED**.

BY THE COURT:

__*Carol Sandra Moore Wells*_____
CAROL SANDRA MOORE WELLS
United States Magistrate Judge